Ruffin, C. J.
In my view of this case, it is totally immaterial, whether the State subscribed ior stock in the company or not, or whether there were private subscriptions enough to secure the State’s subscription. For, by the agreement, the defendant’s subscription was not to be void, unless the State subscribed within twelve months; but the agreement was, that in case the State’s subscription was not then made or secured, the defendant might, if he thought proper, withdraw from the company and demand the money he might have previously advanced. In other words, the defendant reserved an election to himself to hold, or to renounce, his subscription, in a certain case. It laid on him, therefore, to shew, that the event had happened, in which he might elect to withdraw, and, secondly, that he had elected not to remain in the company, but to retire. That he failed to do; but, on the contrary, it appears, that, after the time specified in the agreement, and when he could have ascertained whether the State had subscribed or was bound to do so, the defendant acted as a stockholder and paid a call made by the company, as a member of it. So far, therefore, from electing to withdraw, the defendant then made a contrary election ; and thereby his engagement became absolute to pay the whole price of the stock which he had taken. Therefore I concur, that the judgment should be affirmed.
Per CuRiAM, Judgment affirmed.